IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tremayne K. Graham,                                    ) | |
|                     Petitioner,          ) | |
| vs.                                                                  ) | Civil Action No.: 9:12-cv-762-TLW-BM |
| United States District Court,                          ) <br> District of South Carolina,                         ) <br> Greenville Division,                                    ) | |
|                     Respondent.      ) <br> _____) | |

**ORDER**

On March 15, 2012, the petitioner, Tremayne K. Graham ("petitioner"), proceeding pro se, filed this civil action. (Doc. # 1). The case was referred to United States Magistrate Judge Bristow Marchant pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 11). On May 8, 2012, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court dismiss the complaint in this case without prejudice and without issuance and service of process. (Doc. # 11). The petitioner filed no objections to the Report. Objections were due on May 25, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 11).  For the reasons articulated by the Magistrate Judge, the complaint in this case is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten  
United States District Judge

July 25, 2012  
Florence, South Carolina